IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:07-cr-00192 AWI |
| ) | |
| Plaintiff, ) | ORDER REGARDING DEFENDANT |
| v. ) | TIMOTHY DOOLITTLE'S MOTION TO |
| ) | REOPEN DETENTION HEARING DUE TO |
| ) | A CHANGE IN CIRCUMSTANCES |
| ) | (Doc. 138) |
| ) | |
| TIMOTHY DOOLITTLE, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

On March 14, 2008, Defendant Timothy Doolittle ("Defendant") filed a motion for "Review of the Detention Order Due To a Change in Circumstances" pursuant to the Bail Reform Act, 18 U.S.C. § 3145 *et seq.* The court construes the instant motion as a request for a bail review hearing pursuant to 18 U.S.C. § 3142(f).

On July 20, 2007, the court ordered defendant's detention because it found by clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of any other person and the community. Section 3142(f) provides that a detention hearing may be reopened:

> if the judicial officer finds that information exists that was not known to the [moving party] at the time of the hearing and that has a material bearing on the issue whether there are conditions of release that will reasonably assure the appearance of such person as required and the safety of any other person and the community.

1

In the instant motion, Defendant presents information regarding his employment with a company known as Nature's Medicinal Co-op, which allegedly was licensed by the State for the sale and distribution of medicinal marijuana.  At the time of his detention, Defendant was charged with knowingly conspiring to distribute marijuana, a violation of 21 U.S.C. §§ 841(a)(1) and 846.  Defendant subsequently was indicted on additional, related charges.  Defendant contends "there is nothing that shows Mr. Doolittle's involvement or knowledge" related to the current charges.  (Defendant Doolittle's Notice of Motion and Motion to Reopen Detention hearing Due to a change in circumstances, at p. 4.)  However, Defendant has not presented any previously nonexistent, material information bearing upon the safety of any other person and the community.  Accordingly, Defendant's Motion to Reopen Detention Hearing Due to A Change in Circumstances is hereby DENIED.

IT IS SO ORDERED.

**Dated:   March 28, 2008**            **/s/ Gary S. Austin**
            UNITED STATES MAGISTRATE JUDGE